UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHERMAIN RAINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CV221 RWS |
| | ) | |
| JOHN E. POTTER, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion to add additional defendants to the complaint [#14]. I will deny the motion.

Plaintiff's motion lists eight additional persons that plaintiff would like to add to the complaint. Plaintiff, however, has not filed an amended pleading. As a result, plaintiff has not showed compliance with Rule 8 of the Federal Rules of Civil Procedure, and I have no basis on which to grant the motion. Additionally, because defendant filed a responsive pleading prior the filing of plaintiff's motion, plaintiff must obtain leave of court or consent of defendant to amend the pleadings. Fed. R. Civ. P. 15(a).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to add additional defendants to the complaint [#14] is **DENIED**.

Dated this   23rd   Day of June, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE