UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHERMAIN RAINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CV221 RWS |
| | ) | |
| JOHN E. POTTER, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on Sherman Raines's motion to terminate or suspend

a "white - cacusian [*sic*] - Female" employee of the United States Attorneys' Office

[#35]. The motion is an abuse of the processes of this Court, and it will be denied.

Raines is before the Court in forma pauperis. He has numerous cases

pending before this Court. Two of his cases were dismissed in 2005 because they

were found to be frivolous and malicious under 28 U.S.C. § 1915(e). On August

22, 2005, I warned Raines that if he attempted to add claims against employees of

the United States Attorneys' Office, I would dismiss this case under 28 U.S.C. §

1915(e) as malicious.

This is Raines's **FINAL WARNING**. There can be no other reason for

Raines's motion other than to harass the employees of the United States Attorneys'

Office. And I will not permit that to continue under the guise of a lawsuit for

employment discrimination.

Although Raines is pro se, and the Court construes the pleadings of pro se parties liberally, Raines must still adhere to the Federal Rules of Civil Procedure. Failure to do so may result in sanctions.  If I find that Raines has violated Rule 11, I may dismiss this case and/or order him to pay money to the Government.  Fed. R. Civ. P. 11(c)(2).  Additionally, if I find that this case is frivolous or malicious under 28 U.S.C. § 1915(e), I will dismiss this case with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Sherman Raines's motion to terminate or suspend a "white - cacusian [*sic*] - Female" employee of the United States Attorneys' Office [#35] is **DENIED**.

Dated this <u>22nd</u> Day of December, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE